UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

       v.                      CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
In re:

SK FOODS, L.P., a California limited partnership,

    Debtors.
_____/

BRADLEY D. SHARP, et al.,

    Plaintiffs,

       v.                      CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

    Defendants.
_____/

////

////

////

```
IN RE:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/
BRADLEY D. SHARP, et al.,

        Plaintiffs,

           v.                          CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

        Defendants.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/
BRADLEY D. SHARP, et al.,

        Plaintiffs,

           v.                          CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

        Defendants.
_____/
IN RE:

SK FOODS, L.P.,

        Debtor.

SCOTT SALYER,
                                       CIV. NO. S-10-3467 LKK
        Plaintiff,

           v.
SK FOODS, LP,

        Defendants.
_____/
```

IN RE:

SK FOODS, L.P.,

    Debtor.

NAGELEY, MEREDITH & MILLER, INC.,

    Appellant,                   CIV. NO. S.12-0940 JAM

    v.

BRADLEY D. SHARP, et al.,          O R D E R

    Appellee.

_____/

    The court is in receipt of a notice that Nageley, Meredith & Miller, Inc. v. Sharp (In re SK Foods, L.P.), Civ. No. S. 12-940 JAM, is related to In re SK Foods, L.P., Civ. No. S. 10-3467 LKK, Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.), Civ. No. S. 11-1840 LKK, Sharp v. Salyer (In re SK Foods, L.P.), Civ. No. S. 11-1841 LKK, and Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.), Civ. No. S. 11-1842 LKK.

    Examination of the cases shows that Civ. No. S.12-940 JAM is not related to the other cases, in the sense contemplated by E.D. Cal. R. 123(c), as this case is a collateral matter not apparently related to the issues involved in the other cases.

    The court therefore **DECLINES** to relate them.

    IT IS SO ORDERED.

    DATED: May 1, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT