UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re ) | Case No. 2:12-CV-00940 JAM |
| ) | Case No. 2:12-CV-00942 MCE |
| SK FOODS, L.P., a California ) | Case No. 2:12-CV-00943 MCE |
| Limited Partnership, ) | |
| ) | |
| Debtor. ) | RELATED CASE ORDER |
| ) | |
| NAGELEY, MEREDITH & MILLER, ) | |
| INC., ) | Bankruptcy Court Case Number: |
| ) | 09-29162 |
| Appellant, ) | |
| ) | Adversary Proceeding Numbers: |
| v. ) | 09-02692 |
| ) | 10-2014 |
| BRADLEY D. SHARP, CHAPTER 11 ) | 10-2016 |
| TRUSTEE, ) | |
| ) | |
| Appellee. ) | |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is

1

PDF created with pdfFactory trial version www.pdffactory.com

1  effected.  Under the regular practice of this court, related cases
2  are generally assigned to the judge to whom the first filed action
3  was assigned.
4      IT IS THEREFORE ORDERED that the action denominated
5  2:12-CV-00942-MCE and 2:12-CV-00943-MCE be reassigned to Judge John
6  A. Mendez for all further proceedings, and any dates currently set
7  in this reassigned case only are hereby VACATED.  Henceforth, the
8  caption on documents filed in the reassigned cases shall be shown
9  as 2:12-CV-00942-JAM and 2:12-CV-00943-JAM.
10     IT IS FURTHER ORDERED that the Clerk of the Court make
11 appropriate adjustment in the assignment of civil cases to
12 compensate for this reassignment.
13     IT IS SO ORDERED.
14 Dated:  June 14, 2012

                                    /s/ John A. Mendez_____
                                    U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com