ANDREA M. MILLER [SBN: 88992]
JAMES C. KEOWEN [SBN: 1733546]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for  Appellant NAGELEY, MEREDITH & MILLER, INC.

GREGORY C. NUTI [SBN: 151754[
KEVIN W. COLEMAN [SBN: 168538]
MICHAEL M. CARLSON [SBN: 88048]
MELISSA S. LOR [SBN: 245515]
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone No.: (415) 364-6700
Facsimile No.:   (415) 364-6785

Attorneys for Appellee BRADLEY D. SHARP, CHAPTER 11 TRUSTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SK FOODS L.P.,<br>    A California Limited Partnership<br><br>       DEBTOR,<br><br>NAGELEY, MEREDITH & MILLER, INC.,<br><br>       Appellant,<br>_____<br>       vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,<br><br>       Appellee. | **Case No.:  2:12-CV-00940-JAM**<br>                **2:12-CV-00942-JAM**<br>                **2:12-CV-00943-JAM**<br><br>**Bankruptcy Court Case No. 09-29162**<br><br>**Adversary Proceeding No:**<br><br>          **09-02692**<br>          **10-2014**<br>          **10:2016**<br><br>**STIPULATION FOR AN ORDER AND ORDER CONSOLIDATING THE ABOVE-LISTED APPEALS FOR PURPOSES OF BRIEFING** |

///

- 1
Stipulation and Order of Consolidation

PDF created with pdfFactory trial version www.pdffactory.com

The parties to the above captioned matters, through their counsel of record, hereby enter this Stipulation requesting the Court to consolidate the three appellate matters that are the subject of this Stipulation in order to permit the filing of a single Opening, Opposition and Reply Memorandum in the prosecution of these appeals.

The basis for this stipulation is that all three appeals address a single issue – the propriety of the Bankruptcy Court's Order sanctioning Appellant and awarding attorney's fees to the Appellee.  The Bankruptcy Court issued a single Order, and entered a single Judgment, applicable to the three matters now appealed in the aggregate.  Thus the issues on appeal can be addressed by a single set of briefs and a single Excerpt of Record and from each side of the controversy thereby avoiding unnecessary duplication and saving the time and effort of both the litigants and the Court.

DATED:  June 29, 2012            **NAGELEY, MEREDITH & MILLER, INC.**


By:  ____/s/ James C. Keowen_____
       JAMES C. KEOWEN
       Attorneys For Appellant

DATED:  June 29, 2012            **SCHNADER HARRISON SEGAL & LEWIS LLP**


By____/s/ Kevin W. Coleman_____
       KEVIN W. COLEMAN
       Attorneys for Appellee

### ORDER

The Court, having read the foregoing Stipulation of the parties, and being fully apprised of the facts and circumstances, hereby Orders that the three appeals identified in the caption to this Stipulation and Order shall be consolidated for purposes of briefing

PDF created with pdfFactory trial version www.pdffactory.com

and argument, and only one set of briefs and Excerpts of Record need to be filed in connection with these matters.

**IT IS SO ORDERED.**

**DATED: 7/2/2012**

**/s/ John A. Mendez**
UNITED STATES DISTRICT COURT JUDGE

- 3 -
Stipulation and Order of Consolidation

PDF created with pdfFactory trial version www.pdffactory.com