ANDREA M. MILLER [SBN: 88992]
JAMES C. KEOWEN [SBN: 1733546]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Appellant NAGELEY, MEREDITH & MILLER, INC.

GREGORY C. NUTI [SBN: 151754[
KEVIN W. COLEMAN [SBN: 168538]
MICHAEL M. CARLSON [SBN: 88048]
MELISSA S. LOR [SBN: 245515]
**SCHNADER HARRISON SEGAL & LEWIS LLP**
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone No.: (415) 364-6700
Facsimile No.:   (415) 364-6785

Attorneys for Appellee BRADLEY D. SHARP, CHAPTER 11 TRUSTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | **CONSOLIDATED ACTIONS** |
| IN RE: | **Case No.:  2:12-CV-00940-JAM** |
| SK FOODS L.P.,<br>    A California Limited Partnership | **2:12-CV-00942-JAM**<br>**2:12-CV-00943-MCE** |
| | **Bankruptcy Court Case No. 09-29162** |
|         DEBTOR, | |
| | **Adversary Proceeding No:** |
| NAGELEY, MEREDITH & MILLER, INC., | **09-02692** |
|         Appellant, | **10-2014**<br>**10:2016** |
| _____ | |
|         vs. | **STIPULATION FOR AN ORDER AND ORDER EXTENDING BRIEFING SCHEDULE ON APPEAL** |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, | |
|         Appellee. | |

- 1
Stipulation and Order Extending Briefing Schedule

PDF created with pdfFactory trial version www.pdffactory.com

The parties to the above captioned matters, through their counsel of record, hereby enter this Stipulation requesting the Court to extend the briefing schedule on this appeal.  Currently opening briefs are due on July 16, with the Appellee briefs due on July 30, and any Reply briefs due August 13, 2012.

The basis for this stipulation is that counsel of record for Appellants will be on vacation through the date of the opening brief and therefore would be unable to complete briefing on that schedule.

The parties propose a new briefing schedule of opening briefs due on or before August 15, 2012, with Appellee briefs due on or before September 14, 2012, and any Reply briefs due on or before September 28, 2012.

DATED:  July 6, 2012                    **NAGELEY, MEREDITH & MILLER, INC.**

                                                 */S/ JAMES C. KEOWEN*
                                        By: _____
                                                 JAMES C. KEOWEN
                                                 Attorneys for Appellant

DATED:  July 6, 2012                    **SCHNADER HARRISON SEGAL & LEWIS LLP**

                                                 */S/ MICHAEL M. CARLSON*
                                        By_____
                                                 MICHAEL M. CARLSON
                                                 Attorneys for Appellee

### ORDER

The Court, having read the foregoing Stipulation of the parties, and being fully apprised of the facts and circumstances, hereby Orders that the appeal briefing be reset as follows, opening briefs due by August 15, 2012; Appellee's brief due September 14, 2012, and any reply brief due September 28, 2012.

**IT IS SO ORDERED**

**DATED: 7/9/12**                       **/s/ John A. Mendez**
                                        UNITED STATES DISTRICT COURT JUDGE

- 2 -
Stipulation and Order Extending Briefing Schedule

PDF created with pdfFactory trial version www.pdffactory.com